No. 91–2076. CLARK v. HAAS GROUP, INC. C. A. 10th Cir. Certiorari denied.

No. 91–2077. HAYES ET AL. v. BAILEY ET UX.; and
No. 92–3. BAILEY v. BOARD OF COUNTY COMMISSIONERS OF ALACHUA COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied. Reported below: 956 F. 2d 1112.

No. 91–2080. SKOTAK ET AL. v. TENNECO RESINS, INC. C. A. 5th Cir. Certiorari denied.

No. 91–2083. TAYLOR ET UX. v. FEDERAL LAND BANK OF OMAHA ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–2084. VILD v. VISCONSI ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–2085. DUNN v. MARCO. C. A. 3d Cir. Certiorari denied.

No. 91–6263. WILES v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 91–6962. FLEMING v. GRAND JURY FOREPERSON, SPECIAL GRAND JURY 89–2, DISTRICT OF COLORADO. C. A. 10th Cir. Certiorari denied.

No. 91–7386. SZABO v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–7408. RICH ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–7426. KLAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7497. RUSSELL v. FRANK, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.

No. 91–7563. SHIIMI v. HARLANDALE INDEPENDENT SCHOOL DISTRICT. C. A. 5th Cir. Certiorari denied.

No 91–7652. LACY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.